## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY COLES and** | : | **CIVIL ACTION** |
| **MICHAEL CASINO** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **RITZ CARLTON RESIDENCE and** | : | **NO.  13-1461** |
| **RESIDENCE CONDOMINIUM** | : | |

## <u>ORDER</u>

AND NOW, this 12th day of June, 2013, upon consideration of plaintiffs' first amended complaint (paper no. 3), defendants' motion to dismiss (paper no. 4), plaintiffs' response in opposition (paper no. 10), and defendants' reply brief (paper no. 15), following a conference under Federal Rule of Civil Procedure 16 held on May 13, 2013, at which the parties were heard, and for the reasons set forth in the accompanying memorandum, it is **ORDERED** that:

1.  The motion to dismiss (paper no. 4) is **GRANTED**.

2.  Plaintiffs are given leave to file and serve a second amended complaint stating a plausible claim of contract interference under 42 U.S.C. § 1981 within twenty (20) days of this order.

3.  If an amended complaint is filed, defendants shall file and serve their responses in accordance with the Federal Rules of Civil Procedure and the Local Rules of this court.

/s/ Norma L. Shapiro

J.