# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY COLES and** | : | CIVIL ACTION |
| **MICHAEL CASINO** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **RITZ CARLTON RESIDENCE and** | : | NO. 13-1461 |
| **AGC PARTNERS, LP** | : | |

## ORDER

AND NOW, this 29th day of October, 2013, upon consideration of plaintiffs' second amended complaint (paper no. 25), defendants' motion to dismiss (paper no. 26), plaintiffs' response in opposition (paper no. 27), and defendants' reply brief (paper no. 30), and for the reasons set forth in the accompanying memorandum, it is **ORDERED** that the motion to dismiss (paper no. 26) is **GRANTED**. Plaintiffs' Second Amended Complaint (paper no. 25) is **DISMISSED WITH PREJUDICE**.

/s/ Norma L. Shapiro

J.